AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Apr 28, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

SHASTA LEA SCHNITTKER

*Defendant(s)*

Case No. 2:23-mj-0077 AC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 22, 2021 in the county of Siskiyou in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(4) | Possession of visual depictions of children engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(8)) |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Ryan Ewing
*Complainant's signature*

Ryan Ewing, FBI Special Agent
*Printed name and title*

Sworn to me and signed via telephone.

Date: April 28, 2023

*Judge's signature*

City and state: Sacramento, California

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF FBI SPECIAL AGENT RYAN EWING

I, Ryan D. Ewing, being first duly sworn, hereby depose and state as follows:

## CRIMINAL COMPLAINT FOR ARREST WARRANT

1. I make this Affidavit in support of an arrest warrant and criminal complaint charging Shasta L. Schnittker with one count of knowing possession of visual depictions of children engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4), on or about February 22, 2022.

## BACKGROUND AND EXPERTISE

2. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since January 2017. I am currently assigned to the Sacramento Field Office. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at Quantico, Virginia and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

3. I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses including 18 U.S.C. §§ 2251, 2252, and 2252A.

4. This affidavit is based on my own personal knowledge as well as the knowledge of other law enforcement officers involved in this investigation. Where I describe statements made by other people (including other special agents and law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and other documents or records in this affidavit, this information is also described in sum, substance, and relevant part. I have not provided everything I know about this investigation in this affidavit, but have focused on information I believe is relevant to determine probable cause to believe that Shasta L. Schnittker committed the offense of knowing possession of visual depictions of children engaging in sexually explicit conduct, in violation of 18 U.S.C. §2252(a)(4).

## STATEMENT OF PROBABLE CAUSE

***Investigation led enforcement to search SCHNITTKER's home.***

5. In January 2022, a four-year-old female child (the "victim") reported to her mother that "Tony" had sexually abused her. The victim's mother called law enforcement, who began investigating Frank Anthony JIMENEZ for violations of California Penal Code § 288(a), lewd act upon a child under age 14. The victim's mother also said that she had been to Tony's house before, and she noticed he had a tripod set up facing his bed inside his bedroom. The victim's mother initially through nothing of it, thinking maybe it was something private between JIMENEZ and his girlfriend, Shasta SCHNITTKER, but once the victim told her something had happened in the bedroom, all she could think of was the camera. She feared that he had filmed the victim.

6. JIMENEZ and Shasta SCHNITTKER were in a romantic relationship and living together at a residence on 12th Street in Montague, California (the "Montague house"). Both JIMENEZ and SCHNITTKER's driver's licenses show the Montague house as their current residence. JIMENEZ and SCHNITTKER also have a young child together, who is approximately the same age as victim.

7. On February 22, 2022, law enforcement searched the Montague house and arrested JIMENEZ for lewd and lascivious acts with a child, in violation of California law. Law enforcement seized digital devices, computers, and electronic storage media during the search.

8. On May 18, 2022, the Siskiyou County District Attorney's Office asked me to assist in forensic review of the digital evidence items.

9. Law enforcement seized and searched a White Apple MacBook, which appeared to be used primarily by JIMENEZ. The MacBook had a "2017 Resume.docx" document for "Frank A. Tony Jimenez" saved under Users\macuser\Documents. There was also a saved pay stub from Byersview, Inc. to "Frank A. Jimenez."

10. Within the White Apple MacBook, I found a video titled Video-1462947910.mp4, a 1 minute and 40 second video located at Users\macuser\Pictures\LG's\VirPed. The video depicted SCHNITTKER, who was making a video with the camera pointed directly at her face. SCHNITTKER said, "Hi Tony, I wanted to show you something. So maybe

you've noticed I keep my TV in my bedroom. This is what I want to show you." SCHNITTKER then held up a blue flash drive and said, "This is where I come. Keep all my CP and I wanna show you a taste of what I use. Just one moment." The video then pans to a television which was playing a part of Mov_0216.mp4, a video depicting child sexual abuse material. The portion of Mov_0216.mp4 which SCHNITTKER recorded depicted an erect adult male penis rubbing on one child victim's exposed vagina. The victim SCHNITTKER then said, "I think I'll save the rest for later, but that might give you an idea."

11. Also within the Apple MacBook, I found the video Mov_0216.mp4. The video is a 2 minute and 11 second video located at User\macuser\Pictures\LG's\VirPed\Fun. The video depicted two white prepubescent females between the ages of 4 and 8. One child victim was laying, face up, on a green blanket with her legs handing off the edge. The second child victim was laying face up on top of the first child victim. Both victims were nude, exposing their breasts and vaginas. An adult male voice was heard as an adult erect male penis rubbed and inserted into both victims' exposed vaginas.

12. Law enforcement also seized a Toshiba Satellite laptop with serial number 1D346491Q ("the Toshiba laptop"). The Toshiba laptop had two user profiles, with usernames "Tony" and "shastalea." SCHNITTKER's middle name is Lea. Within the "shastalea" profile was a Chase bank statement for "Shasta L. Schnittker." Also within the "shastalea" profile was a resume for "Shasta Schnittker," last modified on July 4, 2012. The resume listed email address shasta.schnittker@yahoo.com. Additionally, within the "shastalea" profile was a picture of her Siskiyou County employee identification card with her name ("Shasta Schnittker") and picture on the card.

13. Within the "shastalea" profile, I found Firefox cache records which contained URLs which demonstrated a disposition to child sexual abuse and child sexual abuse material, including "https://yandex.com /images/search?p=5&text=lolita%20porn&img_url=http%3A%2F%2Fi60.fastpic.ru%2Fbig%2F2013%2F1025%2Fda%2Fe058558e5c1abe7d3d13b525031435da.jpg&pos=173&rpt=simage&_=1457214776310." This URL means that the user used internet browser Yandex.com to search the words "lolita porn," which returned a result from the website http://i60.fastpic.ru/2013/1025/da/2Fe058558e5c1abe7d3d13b525031435da.jpg. Through my training and experience, I know that the term "Lolita" is a reference to sexual attraction to a female under the age of 18. Within the

Toshiba laptop were multiple Yandex.com internet searches of the terms “lolita porn” or “lolita fuck.”

14. Within the “shastalea” profile, I found a document that appears to be a copied and pasted Facebook chat between SCHNITTKER and JIMENEZ. The conversations include date and time stamps, which began on April 26 and ended on May 6. The year of the chats were not noted in the document, but the document had a date stamp of May 7, 2016. Within the document, the names “Tony Jimenez” and “Shasta Schnittker” were hyperlinked to the websites https://www.facebook.com/FTonyXimenez and https://www.facebook.com/shastalea, respectively. Below are excerpts from the document:

4/28, 10:33am Tony Jimenez

*“Did you have a chance to go through the "Shred" file?”*

4/28, 12:47pm Shasta Schnittker

*“Yes. I went through a lot of it. There is one girl in particular that I'm crushing on, I think it was Sevina. She's beautiful and I can fantasize doing things with her...and with you. I have admit, right now I just feel like a giant mass of desire. All I think about is being in your arms, much like the one pic I'm still addicted to, the same one you like. I wish you were here or I was there or that Utah and Nevada would magically disappear. [smile emoticon]”*

4/28, 1:07pm Tony Jimenez

*“Mmm, would want that as much as you. You do need a man that understands you.*

*The thought of you and Sevina playing together....?”*

4/28, 3:40pm Tony Jimenez

*“Thinking of your kiss. Of how good your body would feel pressed against me.”*

4/28, 4:18pm Shasta Schnittker

*“thinking of being in your arms, kissing you. Thinking the same thing. All day...I think about that little girl with us, naked, kissing her and watching you kiss her. Having sex. I've gotten myself so turned on by imaging us naked and me watching you have sex with her, you inside her--drives me crazy. I'll be kissing her during it. I'm too turned on for*

*my good smile emoticon I want you! It's wonderful and amazing just to be able to tell you that...."*

4/28, 5:01pm Tony Jimenez

*"I pretty much knew you were the one I've been looking for the moment read your intro @ VirPed and you just keep getting better and better and more and more a perfect fit to me. Thinking of you and loving it!*

* * * *

5/1, 11:19am Shasta Schnittker

*"Lol. I added a new folder to shred, working on organizing my pics, and I'll add more. See what you think. Why does sharing one's collection seem like one of the most intimate acts two people can have. Maybe I'm just weird. Enjoy."*

5/1, 11:24am Tony Jimenez

*"At some point down the road a certain someone may have to go find themselves with another HOTT American busty blond, because this one belongs with me. Ill check it out as soon as i can. [wink emoticon]"*

5/1, 11:38am Tony Jimenez

*"M!G! I ? every one of them! You couldnt be more perfect for me!"*

5/1, 11:45am Shasta Schnittker

*"[smile emoticon] there is something else I'll add soon. Having the same AoA is such a turn on."*

5/1, 12:00pm Tony Jimenez

*"Yes maam it is. .....and you made me smile when you called me Daddy....."*

5/1, 1:15pm Tony Jimenez

*"My god it is just wicked hot sharing folders!"*

5/1, 2:16pm Tony Jimenez

*"Do you get alerts when i comment on dropbox?"*

5/1, 3:26pm Shasta Schnittker

*"I get an alert when I'm dropbox."*

5/1, 3:29pm Tony Jimenez

*"ok"*

* * * *

5/1, 10:41pm Shasta Schnittker

*"Well in that case, I decided long ago that I want to make love to you and I'll do whatever to make it happe and I'll bring my laptop with….yes my wholly illegal collection…for us to enjoy together."*

5/1, 10:43pm Tony Jimenez

*"now thats what I want to hear! hehe Il bring mine and we will just have sex all afternoon to the thoughts and sights of little girls. i like it. Im hard at the thought. [sic]"*

5/3, 8:30am Shasta Schnittker

*"I had one those real life daydreams where u were with me and there was the sexiest little girl in my lap wearing a dress. I was so aroused and wanted to touch her slowly in inching my hand towards her sweet spot while kissing her neck, but it was sort of public and to keep from going too far, you had to take me and have your way with me asap to release our built up desire"*

5/3, 8:36am Tony Jimenez

*"I want that in my life. Its who we are. Fully aroused now."*

5/3, 8:50am Shasta Schnittker

*"I'll tell u what I want to do with a little girl, wishing I could slip my fingers inside her, feeling that warm wetness and licking that sweet nectar from my fingers. I wish I could taste a little girl again…nothing tastes as wonderful as that."*

* * * *

5/5, 8:45am Shasta Schnittker

*"I want a pedo husband to live out fantasies."*

15. "AoA" is short for "age of attraction." Based on the above conversation and my review of the digital evidence, it appears SCHNITTKER and JIMENEZ met through the social media platform virped.org. Virped.org describes itself as a platform where "virtuous pedophiles" can connect with each other.

16. Within the "shastalea" profile, I found a folder named "SEVINA" located at Users\shastalea\Dropbox\Trouble\shred. The folder contained 22 images of child erotica (materials that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors in sexually explicit poses or positions) depicting a white prepubescent female child who appears to be between the ages of 8 to 12.

17. Also within Users\shastalea\Dropbox\Trouble\ was a folder named "shred." Within this folder are 19 additional subfolders, including those named "Pretty little girl," "Candy," and "Butterfly Kisses." There were at least 1,176 child erotica images and 32 images of child sexual abuse material (CSAM or child pornography) as defined in 18 U.S.C. § 2256(8).

18. Within Users\shastalea\Dropbox\Trouble was a folder named "Satisfied Tony." The folder contained 59 child erotica images and 30 images of CSAM, as defined in 18 U.S.C. § 2256(8).

   **a.** ***Count One: Possession of Child Pornography***
   One CSAM image in this folder, inrtydex.jpg, depicted a white prepubescent female child who appears to be between the ages of 6 to 10, due to the lack of breast and hip development. The female child was laying down on a bed with yellow rope bounding her hands above her head and bounding her legs open. There was also a metal bar which appears to be tied to her ankles. The female child was wearing a black blindfold across her eyes and was naked, exposing her breasts and vagina.

   **b.** I submitted images seized from SCHNITTKER's devices, including the image inrtydex.jpg, to the National Center for Missing and Exploited Children ("NCMEC"). NCMEC provided child identification reports for this and other images seized from the Montague house. The NCMEC child identification report confirmed that inrtydex.jpg is an image of an identified child victim, who was sexually abused when she was seven to nine years old. The child sexual abuse occurred in Michigan. There were ten .jpg images of this victim found within the electronic devices seized from the Montague house.

**CONCLUSION**

19. Based on the above information, I submit there is probable cause to believe SCHNITTKER possessed child sexual abuse material, in violation of 18 U.S.C. § 2252(a)(4). I hereby request that this Court issue an arrest warrant and Criminal Complaint.

I swear, under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Ryan Ewing
RYAN EWING
FBI Special Agent

Sworn and subscribed to me telephonically on April 28, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Approved as to form by

AUSA Emily G. Sauvageau