HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Rachelle.Barbour@fd.org

Attorney for Defendant
SHASTA LEA SCHNITTKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0125 KJM |
| Plaintiff, | |
| v. | ORDER |
| SHASTA LEA SCHNITTKER, | Chief Judge Hon. Kimberly J. Mueller |
| Defendant. | |

The United States District Court hereby authorizes and requests that the Clerk of the Siskiyou County Superior Court release the "Victim impact statement of Tony & Laura Diaz" filed in Case Number 55124 on January 8, 1997, to Assistant Federal Defender Rachelle Barbour, at 80I Street, 3rd Floor, Sacramento, CA 95814 (Rachelle_Barbour@fd.org).

DATED: February 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE