```
HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant-Movant
SHASTA LEA SCHNITTKER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-0125 KJM |
| Plaintiff, | ) [proposed] ORDER SEALING DOCUMENTS |
| vs. | ) Chief Judge Hon. Kimberly J. Mueller. |
| SHASTA LEA SCHNITTKER, | ) |
| Defendant. | ) |

For the reasons set forth in the unopposed Defense Request to Seal, the Court hereby orders Exhibits A and D (both psychological reports) and Exhibit F (a social history report) SEALED until further order of the Court. Local Rule 460; *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) ("The need to protect medical privacy qualifies as a 'compelling reason' that overcomes the presumption of public access to judicial records."); *United States v. Curran*, 2006 WL 1159855 at *5 (D. Ariz. 2006)(concluding that "Defendant's right to privacy, which includes his right to avoid the disclosure of his personal, psychiatric information, constitutes a 'higher value'" that outweighs the public's right to access court proceedings); *Doe by and through Tanis v. County of San Diego*, 5766 F.Supp.3d 721, 733 (S.D. Cal. 2021) ("[A] rape victim has a

Schnittker: [proposed] Sealing Order

fundamental right of privacy in preventing government officials from gratuitously and unnecessarily releasing the intimate details of the rape where no penological purpose is being served.") (quoting *Bloch v. Ribar*, 156 F.3d 673 at 6875-86).

DATED: August 26, 2024

HON. KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE