HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SHASTA SCHNITTKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00125-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: RESTITUTION ORDER** |
| vs. | Judge: Hon. Kimberly J. Mueller |
| SHASTA SCHNITTKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Emily Sauvageau, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Shasta Schnittker, Defendant, that restitution be determined as follows and that the current court date of March 25, 2025, be dropped from calendar.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a), and that restitution be ordered in the following amounts:

| April | $3000 | Restore the Child Tacoma, WA 98406 |
|---|---|---|
| Jenny | $3000 | Marsh Law Firm New York, NY 10001 |
| Pia | $3000 | Deborah Bianco, esq. |
| Maureen | $3000 | Deborah Bianco, esq. |
| Sarah | $3000 | Carol Hepburn, esq. |
| Sloane | $3000 | Carol Hepburn, esq. |

The parties request that the restitution order include the following language from the PSR:

**IT IS ORDERED** that the defendant shall pay restitution to the victim(s) in the amount of $18,000.00 as outlined in the stipulation of the parties, payment to begin immediately. The interest is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to the victim(s).  If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Further, in light of the restitution amount stipulated to above, the parties stipulate that Ms. Schnittker is indigent under the JVTA, 18 U.S.C. section 3014(a), and therefore that the JVTA assessment should not be imposed.  Ms. Schnittker is incarcerated with no income.  The PSR discloses debt in the amount of $103,621.00.  (PSR, para. 98.)  The parties ask that the Court not impose the JVTA assessment.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date:  March 19, 2025                */s/  Rachelle Barbour*
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    SHASTA SCHNITTKER

Date: March 19, 2025                 MICHELE BECKWITH
                                    Acting United States Attorney

                                    */s/Emily Sauvageau*
                                    EMILY SAUVAGEAU
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

//

ORDER

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and orders restitution as set forth above. The Court finds that Ms. Schnittker is indigent for the purposes of the JVTA. The hearing of March 25, 2025 is dropped from calendar.

Dated: March 19, 2025.

_____
UNITED STATES DISTRICT JUDGE